43 F.3d 1334
 UNITED STATES of America, Plaintiff-Appellee,
v.
Jose Teofilo SOLORIO, Defendant-Appellant,
UNITED STATES of America, Plaintiff-Appellee,
v.
Bourne Bobby THOMAS, Defendant-Appellant.
 Nos. 93-50507, 93-50508.
 United States Court of Appeals,
Ninth Circuit.
 Jan. 17, 1995.
 
 1
 Before: D.W. NELSON, and NOONAN, Circuit Judges, and KING*, District Judge.ORDER
 
 
 2
 The motion of Plaintiff-Appellee, filed December 12, 1994, requesting a delay in the publication of the opinion in this case is granted. Publication of the opinion is hereby withheld until further order of this Court.
 
 
 3
 The motion for an order remanding this case for the limited purpose of determining whether there was prosecutorial misconduct is hereby denied.
 
 
 
 *
 The Honorable Samuel P. King, United States District Judge for the District of Hawaii, sitting by designation